UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

VALENTINA STEEN,

        Defendant.

No. 17-cr-554 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that sentencing will be held in this case on Friday, January 25, 2018 at 10:00 a.m. in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. IT IS FURTHER ORDERED that the government shall file its sentencing submission no later than Friday, January 11, 2018 and that Defendant shall file her sentencing submission no later than Friday, January 18, 2018.

SO ORDERED.

Dated:     September 19, 2018
                New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/18