UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

VALENTINA STEEN,

          Supervisee.

---

No. 17-cr-554 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of a request for early termination of supervised release from Supervisee Valentina Steen, as well as a letter from the government requesting a telephonic sentencing hearing for the violations of supervised release that Steen admitted to on July 19, 2019 and October 1, 2019.  (*See* Doc. Nos. 53, 54.)  IT IS HEREBY ORDERED THAT the parties shall appear for sentencing on the violations of supervised release on December 18, 2020, at 2:00 p.m. IT IS FURTHER ORDERED THAT Supervisee's sentencing submission shall be due no later than December 11, 2020 and should indicate whether, in light of the COVID-19 pandemic, Supervisee prefers to proceed remotely – and if so, whether Supervisee prefers to proceed telephonically or by videoconference – or seek adjournment to a date that sentencing can take place in-person.  The government's sentencing submission shall be due no later than December 16, 2020.  Once the Court has determined whether the proceeding will take place in person, telephonically, or by videoconference, it will issue an order in due course with additional details concerning the logistics of the conference.

      Although defense counsel has represented that Supervisee is likely to consent to a remote proceeding, defense counsel shall discuss the attached Waiver of Right to be Present at Criminal Proceeding with Supervisee prior to the proceeding.  If Supervisee consents, and is able to sign the

form (either personally or, in accordance with Standing Order M10-468, 20-mc-174 (CM) (S.D.N.Y. Mar. 27, 2020), by defense counsel), defense counsel shall provide the Court with the executed form at least 24 hours prior to the proceeding. In the event Supervisee consents, but counsel is unable to obtain or affix Supervisee's signature on the form, the Court will conduct an inquiry at the outset of the proceeding to determine whether it is appropriate for the Court to add Supervisee's signature to the form.

SO ORDERED.

Dated:   December 7, 2020
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation