UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

VALENTINA STEEN,

          Supervisee.

No. 17-cr-554 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

In light of Supervisee's waiver of her right to be present at the proceeding scheduled for December 18, 2020 (Doc No. 56 at 2), IT IS HEREBY ORDERED THAT the conference in this matter will take place remotely at 2:00 p.m. on Friday, December 18, 2020 via the Skype for Business videoconferencing system. No later than 5:00 p.m. on Wednesday, December 16, 2020, the parties shall jointly email to the Court a list of the names and email addresses of persons who anticipate speaking during the videoconference, including Ms. Steen, the supervising probation officer, and counsel, as well as the phone numbers of those who will be participating via telephone conference. Chambers will email the parties directly in due course with further instructions for accessing the videoconference. Members of the public may monitor the conference via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:     December 14, 2020
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation